AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 15, 2021

SEAN F. McAVOY, CLERK

DALE T.,

*Plaintiff*

v.

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

*Defendant*

)
)
)
)
)
)

Civil Action No.   4:20-cv-05169-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion for Summary Judgment, ECF No. 24, is DENIED.  Defendant's Motion for Summary Judgment, ECF No. 25, is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Mary K. Dimke _____ on motions for summary judgment.

Date:  September 15, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard

*(By) Deputy Clerk*

Pam Howard